UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00528-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7. **DEMETRIUS HARPER**,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A sentencing hearing is re-set in the above-captioned case for **Wednesday, December 1, 2010 at 9:00 a.m.**

    Dated: October 26, 2010.