UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00528-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**7.  DEMETRIUS L. HARPER**, et al.

    Defendants.

---

**ORDER DISMISSING WITH PREJUDICE
COUNTS 54-57 OF INDICTMENT**

---

THIS MATTER comes before the Court upon the government's Motion to Dismiss with Prejudice Counts 54-57 of the Indictment [Doc. # 306], filed November 26, 2010. The Court having considered this motion, it is hereby

ORDERED that Government's Motion to Dismiss with Prejudice Counts 54-57 of the Indictment [Doc. # 306], filed November 26, 2010, is **GRANTED.**  It is further

ORDERED that Counts 54-57 of the Indictment are dismissed with prejudice as to Defendant, Demetrius L. Harper only.

Dated this 1st day of December, 2010.

                BY THE COURT:


                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE