**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 09-cr-00528-WYD-07

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

DEMETRIUS L. HARPER,

   Defendant.

**ORDER DISMISSING PETITION DUE TO VIOLATION OF PROBATION**

   This matter comes before the Court upon report of the Probation Officer concerning the Petition for Issuance of Summons Due to Violation of Probation filed on September 25, 2013, and the Court now being advised that the defendant has complied with making monthly payments, which is the only basis for the violation. Accordingly, it is

   ORDERED that the Petition be dismissed, the Probation Revocation Hearing set for June 24, 2014, be vacated, and the defendant's conditions of supervision be modified to change the monthly restitution installment payment from 10 percent of the defendant's gross monthly wages to $50.00 per month.

   DATED at Denver, Colorado, this 12th day of June, 2014.

             BY THE COURT:

             s/ Wiley Y. Daniel
             Wiley Y. Daniel
             Senior United States District Judge